# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LISA HENSLEY, ) | |
| ) | |
|     Plaintiff, ) | Case No. 3:14-cv-0138 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| RUTHERFORD COUNTY, TENNESSEE, ) | |
| d/b/a RUTHERFORD COUNTY JUVENILE ) | |
| DETENTION CENTER, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED**. It is further **ORDERED** that the plaintiff's claims are **DISMISSED WITH PREJUDICE**. This Order shall constitute final judgment in this case.

It is so **ORDERED**.

Enter this 8th day of April 2015.

ALETA A. TRAUGER
United States District Judge